■ In the Matter of WILLIE WONG, Also Known as WILLIE ANDREWS, Also Known as WILLIAM ANDREWS, Also Known as WILLIAM ANDERSON, Petitioner, v PHILIP J. CHETTA, as Justice of the Supreme Court of the State of New York, et al., Respondents. [707 NYS2d 838] —Proceeding pursuant to CPLR article 78 to "vacate and set aside" an amended judgment of the Supreme Court, Queens County, dated May 26, 1999, in a criminal action entitled *People v Wong,* pending in the Supreme Court, Queens County, under S.C.I. No. 11208/91, and application for leave to prosecute the proceeding as a poor person. Cross motion by the respondent Philip J. Chetta to dismiss the proceeding.

Ordered that the application for leave to prosecute the proceeding as a poor person is granted; and it is further,

Ordered that the cross motion to dismiss is granted; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

A proceeding pursuant to CPLR article 78 is not the appropriate method to seek review of issues that could be raised on direct appeal, and therefore, this proceeding must be dismissed (*see, Matter of Tyler v Forma,* 231 AD2d 891; *Matter*

*of Sans v Doyle,* 175 AD2d 670). In any event, this proceeding is untimely (*see,* CPLR 217). Thompson, J. P., Feuerstein, Schmidt and Smith, JJ., concur.